UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Caroline Ware Ashe,<br>   Plaintiff,<br><br>v.<br><br>Citizens Bank, National Association,<br><br>   Defendants. | CASE NO. 1:23-cv-01325-DII |

## NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND DEFENDANT CITIZENS BANK, NATIONAL ASSOCIATION

**PLEASE TAKE NOTICE THAT** Plaintiff Caroline Ware Ashe and Defendant Citizens Bank, National Association, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Citizens Bank, National Association within 90 days once the settlement is finalized.

Dated: January 15, 2024

*/s/ Kyle Schumacher*
Kyle Schumacher
SCHUMACHER LANE PLLC
kyle@schumacherlane.com
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiffs